# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ERRY J. WILLIAMS AND
ROXANNE G. WILLIAMS

CIVIL ACTION

VERSUS

NO. 17-73-JWD-RLB

EFCU FINANCIAL FEDERAL
CREDIT UNION

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated April 12, 2017, to which an objection was filed:

**IT IS ORDERED** that Plaintiff's Motion to Remand (R. Doc. 6) is GRANTED, and this action is REMANDED to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

Signed in Baton Rouge, Louisiana, on April 27, 2017.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA